### 37115. LEGG v. GILMER COUNTY et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED JUNE 2, 1981.

*William E. Cetti,* for appellant.
*P. T. McCutchen,* for appellees.